IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| OLGA PACHECO, § | |
|     Plaintiff, § | |
| § | |
| v. § | |
| § | C.A. NO. C-05-455 |
| JO ANNE B. BARNHART, § | |
| Commissioner of the Social Security § | |
| Administration, § | |
|     Defendant. § | |

## ORDER

This is a social security action filed pursuant to 42 U.S.C. § 405. Pending is plaintiff's motion for award of attorney's fees pursuant to the Equal Access To Justice Act ("EAJA"). (D.E. 17).[1]

The district court filed and entered a final judgment on July 3, 2006. (D.E. 16). The Government has 60 days to appeal from the date of the entry of final judgment. Fed. R. App. P. 4(a)(1)(B). On August 1, 2006, plaintiff filed her motion seeking attorney's fees. (D.E. 17).

EAJA establishes that "a party seeking an award of fees and other expenses shall, within thirty days of final judgment in the action, submit to the court an application for fees and other expenses which shows that the party is a prevailing party and is eligible to receive an award under this subsection, ...." 28 U.S.C. § 2412(d)(1)(B). The term "final judgment" is defined in EAJA as "a judgment that is final and not appealable, ...." 28 U.S.C. § 2412(d)(2)(G) (emphasis added); see also Briseno v. Ashcroft, 291 F.3d 377, 379 (5th Cir. 2002) (per curiam).

---

[1] In support of plaintiff's motion for fees, she also files a memorandum of law, (D.E. 18), a declaration by her attorney, (D.E. 19), and a time and billing statement, (D.E. 20).

Plaintiff's motion is premature as the Government's time for filing any notice of appeal has not lapsed yet and thus is still appealable.  Plaintiff may refile a timely motion for attorney's fees with the necessary supporting documents once the action is no longer appealable.  Accordingly, plaintiff's motion for attorney's fees, (D.E. 17), is DENIED without prejudice.

ORDERED this 1st day of August 2006.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE